In the Matter of the Claim of GIASEPPE PIZZA, Respondent, against JOHN SANTOLO and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of MARIE PUPPO, Respondent, against HAGGIN ESTATE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of ELIZABETH SLOANE, Respondent, against SANITARY FIREPROOF AND CONTRACTING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of DANIEL DUBOIS, Respondent, against THE CROWN OIL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of JAMES McGUIGAN, Respondent, against CITY OF ELMIRA and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.